# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 10-06281 SEK Judge: DE JESUS, SARA  
Case Name: FASOLA CORP.

For Period Ending: 02/01/11

Trustee Name: WILFREDO SEGARRA-MIRANDA  
Date Filed (f) or Converted (c): 07/13/10 (f)  
341(a) Meeting Date: 08/17/10  
Claims Bar Date: 02/08/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Equipments [approx 24 chairs, approx 8 tables, out | 100,000.00 | 100,000.00 | | 17,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.69 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $100,000.00 | $100,000.00 | $17,002.69 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC SALE FILED 10/14/10 (DOC #17); MINUTES OF PUBLIC SALE OF ESTATE PROPERTY FILED 11/01/10 (DOC #22).

Initial Projected Date of Final Report (TFR): / /      Current Projected Date of Final Report (TFR): / /

/s/   WILFREDO SEGARRA-MIRANDA  
_____  Date: 02/01/11  
WILFREDO SEGARRA-MIRANDA