**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 10-06281 -SEK | Trustee Name: | WILFREDO SEGARRA-MIRANDA |
|---|---|---|---|
| Case Name: | FASOLA CORP. | Bank Name: | BANCO SANTANDER, P.R. |
| Taxpayer ID No: | ******0631 | Account Number / CD #: | *******5791 BANCO SANTANDER, P.R. |
| For Period Ending: | 12/31/10 | Blanket Bond (per case limit): | $ 10,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/02/10 | 1 | CHM VENTURES CORP. | PUBLIC SALE | 1129-000 | 17,000.00 | | 17,000.00 |
| 11/30/10 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.23 | | 17,001.23 |
| 12/31/10 | INT | BANCO SANTANDER, P.R. | Interest Rate 0.100 | 1270-000 | 1.46 | | 17,002.69 |
| | | | COLUMN TOTALS | | 17,002.69 | 0.00 | 17,002.69 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 17,002.69 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,002.69 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS BANCO SANTANDER, P.R. CHECKING - *******5791 | 17,002.69 | 0.00 | 17,002.69 |
| | 17,002.69 | 0.00 | 17,002.69 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  17,002.69  0.00

LFORM24  Ver: 16.01c